**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

大成 Salans FM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/17/2020__

dentons.com

August 13, 2020

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 1000

MEMO ENDORSED

Re:   Williams v. Simmons Bedding Company, LLC.: Case No. 1:20-cv-1132-ALC

Dear Judge Carter:

We represent defendant Simmons Bedding Company, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Pamela Williams, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from August 13, 2020 to September 27, 2020.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 17, 2020